Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

2023 MAY 30 AM 10: 49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF
OCALA, FLORIDA

## UNITED STATES DISTRICT COURT
for the

District of

_____ Division

| | |
|---|---|
| GERARD JAMAR MANN _____ <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> D. Miller _____ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 5:23-CV-338-CEM-PRL <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: GERARD JAMAR MANN
All other names by which you have been known: GERARD JAY MANN
ID Number: 0253107
Current Institution: MARION County Jail
Address: 3290 NW 10 st
Ocala, Fla 34475
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: D. Miller
Job or Title (if known): Corporal Correctional officer
Shield Number: Not Known at this time
Employer: William Billy Woods
Address: 692 NW 30th Avenue
Ocala, FL 34475
City / State / Zip Code
☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name: Not Applicable
Job or Title (if known): Not Applicable
Shield Number: Not Applicable
Employer: Not Applicable
Address: Not Applicable
Not Applicable
City / State / Zip Code
☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Not Applicable
  Job or Title (if known): Not Applicable
  Shield Number: Not Applicable
  Employer: Not Applicable
  Address: Not Applicable
  Not Applicable
  City  State  Zip Code
  ☐ Individual capacity  ☐ Official capacity

Defendant No. 4
  Name: Not Applicable
  Job or Title (if known): Not Applicable
  Shield Number: Not Applicable
  Employer: Not Applicable
  Address: Not Applicable
  Not Applicable
  City  State  Zip Code
  ☐ Individual capacity  ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth amendment  excessive Force  Cruel and unusal punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_Not Applicable_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See" Attach pages A-1

Cruel and unusual punishment defendant Violates eighth Amendment by pepper spraying inmate, excessive force

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*  Not Applicable

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_Not Applicable_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

event took place at Marion County Jail (G-pod) 06-05-2022 At 12:30 AM

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

event happen on 06-05-2022 AT 12:30 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

was on video, officer D. Miller use excussive force by pepper spraying inmate Maliciosly

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

didnt get any treatment for burning skin. Anxiety attack Bad Dream every night, Depression. Posttraumatic stress Disorder

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. eight amendment voiation Compensatory damage for excessive Force, emotion stress, anxiety, Depression, Posttraumatic stress, Pain cause in the amount of $500,000

Punitive damage for cruel and unusual Punishment for guard brutality, eighth amendMent voiation, pain cause, emotional stress $1,000,000

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_MARION COUNTY JAIL_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

_Not Applicable_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Unable to File grievance

2. What did you claim in your grievance?

   Unable to File grievance

3. What was the result, if any?

   Unable to File grievance

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Unable to File grievance

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Marion County dont let inmate file grievance

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I have sent an inform Complaint to the Jail Investigator ("Mc claine) Also to Sergeant Dukes and other sergeant or other Marion County officer who may give inmate a grievance but I have not got response from Any officer of Marion county Jail.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See exhibit 1, 2, 3, 4, 5.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Not Applicable

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Gerard JAMAR MANN
   Defendant(s) John Doe, John Doe

2. Court *(if federal court, name the district; if state court, name the county and State)*
   MIDDLE DiSTRiCT oF FloridA OCala

3. Docket or index number
   5:23-cv-00242-SPC-PRL

4. Name of Judge assigned to your case
   Sheripolster Chappell

5. Approximate date of filing lawsuit
   April 17, 2023

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. April 21, 2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   The Case was Dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    Not Applicable
   Defendant(s)   Not Applicable

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Not Applicable

3. Docket or index number
   Not Applicable

4. Name of Judge assigned to your case
   Not Applicable

5. Approximate date of filing lawsuit
   Not Applicable

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition   Not Applicable

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Not Applicable

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/22/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: GERARD JAMAR MANN
Prison Identification #: # 0253107
Prison Address: 3290 NW 10 st
Ocala, FL 34475

### B. For Attorneys

Date of signing: not appliable

Signature of Attorney: Not appliable
Printed Name of Attorney: Not appliable
Bar Number: Not appliable
Name of Law Firm: Not appliable
Address: Not appicable
Not Applicable
Telephone Number: Not Appl. labale
E-mail Address: Not Applicable

A-1

- On 6-5-2022 at approximitly 12:30 Am, I Gerard Mann was released from confinement and classified to G-pod (A section in G-pod) in fear that I may have some problem with gang member in this section I told officer D. Miller that I may have a problem inside this section of the Jail with gang member. Officer D. Miller stated "he dont care, And that I'm going inside this pod. I enter the pod and was able to see people I have got into fights with in the pass, in fear for my life I go back to the door and ask officer Miller "can I talk to you". Officer Miller state "what going on". I tell officer D. Miller "I'm in fear for my life". Officer Miller open the door and let me inside officer section. Once I'm out of pod I begain telling officer Miller the problem that known gang member are telling me I have to fight or give up my food. Officer Miller than state "if you dont get your ass back in that pod you are going back to confinement. I turn around and put my hand behind my back for officer Miller to hand cuff me. Once hand cuff officer Miller walk me to setting seat. Officer Miller then turn and get on the phone. This is when officer Miller parter begain asking me question on why I'm I in fear. This second officer than get up to go inside (G-pod "C") And yall out who have a problem with inmate Mann because he is telling on all you guy. The inmate begain ya'lling send him back in here. Officer Miller then get off the phone take me out of hand cuff, pull out his pepper spray and tell me "if I dont get back inside that pod right now he is going to spray my ass. in fear to go back inside of pod I lay on Ground and put my hands behind my back. Officer Miller state you are not getting off that easy and pepper spray me in back of the hand. I hear second officer say you didnt get him good in the face, this is when I'm sprayed a second time. My head get hot And my anxiety begain to have panic attack. I also begain to have suicidal thinking

Pg 1

Officer Miller take me to confinement. Once inside I have anxiety attack and suicidal thinking. Once I get back my personal property all of my books and things I bought are gone. I'm giving half a matt. In fear I may hurt myself I tell officer and is put on 24 hour look. I'm told by inmate that the second officer threw all my property away

Pg 2

Exhibits 1

# SHERIFF'S OFFICE
## Marion County
### Inmate Request Form

**TO:**

- [ ] FOOD SERVICES
- [ ] LAW LIBRARY
- [ ] PROGRAMS
- [ ] PROPERTY
- [ ] CHAPLAIN
- [ ] CANTEEN/INMATE ACCOUNTS
- [ ] CLASSIFICATIONS
- [ ] PUBLIC DEFENDER
- [ ] DISCIPLINARY REPORT APPEALS
- [x] OTHER

Jail investigator McClaine

**FROM (PLEASE PRINT):**

Gerard Mahann
(Inmate Name)

0253107
(Pin Number)

6-19-2022
(Date)

HH-D
(Pod/Section/Cell #)

_____
(Received from inmate by Officer Signature and ID #)

6/20/2022
(Date/Time)

**REQUEST/COMPLAINT:**

I was un-lawfully pepper sprayed by officers of G-pod on 6-5-2022 at around 12:10 Am. I would like to press charges on officers.

**RESPONSE:**

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

Exhibits 2

TO:
- [ ] FOOD SERVICES
- [ ] LAW LIBRARY
- [ ] PROGRAMS
- [ ] PROPERTY
- [ ] CHAPLAIN
- [ ] CANTEEN/INMATE ACCOUNTS
- [ ] CLASSIFICATIONS
- [ ] PUBLIC DEFENDER
- [ ] DISCIPLINARY REPORT APPEALS
- [x] OTHER

FROM (PLEASE PRINT):

Gerard Mann
(Inmate Name)

0253107
(Pin Number)

8-16-2022
(Date)

H-A
(Pod/Section/Cell #)

_____ 1607
(Received from inmate by Officer Signature and ID #)

8/16/2
(Date/Time)

REQUEST/COMPLAINT:

On 6-5-2020 at around 12:00 I was pepper sprayed by officers of B-pod. I would like a grievance. Can I please have a grievance? I feel like officers use ~~~~ excessive force.

RESPONSE:

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

Exhibits 3

**TO:**

| | | | |
|---|---|---|---|
| FOOD SERVICES | ☐ | CANTEEN/INMATE ACCOUNTS | ☐ |
| LAW LIBRARY | ☐ | CLASSIFICATIONS | ☐ |
| PROGRAMS | ☐ | PUBLIC DEFENDER | ☐ |
| PROPERTY | ☐ | DISCIPLINARY REPORT APPEALS | ☐ |
| CHAPLAIN | ☐ | OTHER | ☑ |

**FROM (PLEASE PRINT):**

Gerard Mann
(Inmate Name)

0253107
(Pin Number)

10-29-2022
(Date)

A-A
(Pod/Section/Cell #)

Ivey 6381
(Received from inmate by Officer Signature and ID #)

10/30  2215
(Date/Time)

**REQUEST/COMPLAINT:**

I have talk to Many Sergeant about Me being UN-Lawfully Pepper sprayed on 6-5-2022 in G-pod around 12:10 AM. I will like to do a grievane. Can I please have a grievance?

**RESPONSE:**

_____
(Response to inmate by Officer Signature and ID #)

_____
(Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/12/10



**SHERIFF'S OFFICE**
Marion County
**Inmate Request Form**

exhibits 4

ATT: Dukes

TO:
- [ ] FOOD SERVICES
- [ ] LAW LIBRARY
- [ ] PROGRAMS
- [ ] PROPERTY
- [ ] CHAPLAIN
- [ ] CANTEEN/INMATE ACCOUNTS
- [ ] CLASSIFICATIONS
- [ ] PUBLIC DEFENDER
- [ ] DISCIPLINARY REPORT APPEALS
- [✓] OTHER

FROM (PLEASE PRINT):

Gerard Mann
(Inmate Name)

0253107
(Pin Number)

7-31-2022
(Date)

H-A
(Pod/Section/Cell #)

_____ 6379
(Received from inmate by Officer Signature and ID #)

(Date/Time)

REQUEST/COMPLAINT:

On 6.5.2022 I was unlawfully pepper sprayed by officers of G-Pod on 6.5.2022 at around 12:00 to 12:30 AM. I will like to write a grievance. Can I please have a grievance?

RESPONSE:

(Response to inmate by Officer Signature and ID #)   (Date/Time)

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10

**SHERIFF'S OFFICE**
**Marion County**
**Inmate Request Form**

ATT: Dukes

Exhibits 5

TO:
- [ ] FOOD SERVICES
- [ ] LAW LIBRARY
- [ ] PROGRAMS
- [ ] PROPERTY
- [ ] CHAPLAIN
- [ ] CANTEEN/INMATE ACCOUNTS
- [ ] CLASSIFICATIONS
- [ ] PUBLIC DEFENDER
- [ ] DISCIPLINARY REPORT APPEALS
- [x] OTHER

FROM (PLEASE PRINT): Gerard Mann
(Inmate Name)

Pin Number: 0253107

Date: 7-19-2022

Pod/Section/Cell #: H-A

REQUEST/COMPLAINT:

Once again, I was unlawfully pepper sprayed by officers of G-Pod on 06-05-2022 at around 12:10 AM. I will like to write a grievance. Can I have grievance?

RESPONSE:

White Copy - Classification once the response is compiled.
Yellow Copy - Inmate once the response is compiled.
Pink Copy - Inmate after the officer signs the form.

Revised 2/22/10