UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GERARD JAMAR MANN,**

        **Plaintiff,**

v.                                         Case No. 5:23-cv-338-CEM-PRL

**D. MILLER,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order (Doc. 23) requiring Plaintiff to file an Amended Complaint on or before February 26, 2024. Plaintiff failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on March 11, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party
Counsel of Record